

# THE THIRTEENTH COURT OF APPEALS

### 13-17-00523-CV

MARIA AREVALOS
v.
RAUL R. ALVAREZ

On Appeal from the
County Court at Law No. 4 of Hidalgo County, Texas
Trial Court Cause No. CL-17-2208-D

## JUDGMENT

This Court's judgment issued on August 12, 2021, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal will be taxed against the party incurring the same. However, no costs will be assessed against appellant, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

October 8, 2021